UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SELENA STALEY, VIVIAN HOLMES, and
OLIVE IVEY, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

-against-                                        No. 22-cv-6781 (JSR)

FSR INTERNATIONAL HOTELS INC. d/b/a
FOUR SEASONS HOTELS AND RESORTS,
HOTEL 57 SERVICES, LLC, HOTEL 57,
LLC, TY WARNER HOTELS & RESORTS
LLC, and H. TY WARNER,

      Defendants.
------------------------------------------------------X

## NOTICE OF APPEAL

      Notice is hereby given that Defendant FSR International Hotels Inc. ("FSR"), appeals to the United States Court of Appeals for the Second Circuit from the Order entered by Judge Jed S. Rakoff of this Court on May 3, 2023 (Dkt. 70)(the "Order") denying FSR's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Action and from any and all of the Court's rulings adverse to FSR incorporated in, antecedent to, or ancillary to the Order. *See* 9 U.S.C. § 16(a)(1)(A),(B).

Dated: New York, New York
       May 3, 2023

                                                      **STOKES WAGNER, ALC**

                                                      */s/ Paul E. Wagner*
                                                      _____
                                                      Paul Wagner
                                                      John Hunt
                                                      903 Hanshaw Road
                                                      Ithaca, New York 14850
                                                      (607) 257-5165

1

*Attorneys for Defendant,*
*FSR International Hotels Inc.*

Case 1:23-cv-06781-JSR Document 72 Filed 05/03/23 Page 2 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Notice of Appeal was electronically filed using the Court's CM/ECF system which will automatically send copies of same to counsel of record below:

**Evan Craig Brustein**
Brustein Law PLLC
299 Broadway
Ste 17th Floor
New York, NY 10007
212-233-3900
212-285-0531 (fax)
evan@brusteinlaw.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Brian Lewis Bromberg**
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
212-248-7906
212-248-7908 (fax)
brian@bromberglawoffice.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Marc Brian Zimmerman**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212-907-9700
212-907-9800 (fax)
mzimmerman@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

**Maya Risman**
Risman & Risman, P.C.
299 Broadway
Ste Fl. 17
New York, NY 10007
212-233-6400
info@risman-law.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Kathryn Lundy**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212-907-9700
212-907-9800 (fax)
klundy@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

**James J. Boland**
Smith, Gambrell & Russell, LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606
312-360-6736
jboland@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

3

Dated: May 3, 2023

**STOKES WAGNER, ALC**

*/s/ Paul E. Wagner*

_____

Paul Wagner
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com

*Attorneys for Defendant,
FSR International Hotels, Inc.*

4

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22–cv–06781–JSR

Staley et al v. Four Seasons Hotels and Resorts et al
Assigned to: Judge Jed S. Rakoff
Cause: 28:1331 Fed. Question

Date Filed: 08/09/2022
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

**Plaintiff**

**Selena Staley**
*on behalf of themselves and all others similarly situated*

represented by **Brian Lewis Bromberg**
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
212–248–7906
Fax: 212–248–7908
Email: brian@bromberglawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Craig Brustein**
Brustein Law PLLC
299 Broadway
Ste 17th Floor
New York, NY 10007
212–233–3900
Fax: 212–285–0531
Email: evan@brusteinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya Risman**
Risman & Risman, P.C.
299 Broadway
Ste Fl. 17
New York, NY 10007
212–233–6400
Email: info@risman–law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian Holmes**
*on behalf of themselves and all others similarly situated*

represented by **Brian Lewis Bromberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Craig Brustein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya Risman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olive Ivey**
*on behalf of themselves and all others similarly situated*

represented by **Brian Lewis Bromberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Craig Brustein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya Risman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Four Seasons Hotels and Resorts** represented by **Paul Eric Wagner**
*TERMINATED: 12/19/2022* Stokes Wagner, ALC.
903 Hanshaw Road
Ithaca, NY 14850
607–257–5165
Email: pwagner@stokeswagner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayden R. Pace**
Stokes Wagner, ALC
1 Harbor Drive
Suite 1–211
Sausalito, CA 94965
415–943–9471
Fax: 404–766–8823
Email: hpace@stokeswagner.com
*ATTORNEY TO BE NOTICED*

**John R Hunt**
Stokes Wagner, ALC
1201 W Peachtree St NE
Suite 2615
Atlanta, GA 30309
404–766–0076
Fax: 404–766–8823
Email: jhunt@stokeswagner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hotel 57 Services, LLC** represented by **Kathryn Lundy**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212–907–9700
Fax: 212–907–9800
Email: klundy@sgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Brian Zimmerman**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212–907–9700
Fax: 212–907–9800
Email: mzimmerman@sgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **James J. Boland**
                Smith, Gambrell & Russell, LLP
                311 S. Wacker Dr.
                Suite 3000
                Chicago, IL 60606
                312–360–6736
                Email: jboland@sgrlaw.com
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Hotel 57, LLC**         represented by **Kathryn Lundy**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Marc Brian Zimmerman**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **James J. Boland**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Ty Warner Hotels & Resorts LLC**  represented by **Kathryn Lundy**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Marc Brian Zimmerman**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **James J. Boland**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

**Defendant**

**H. Ty Warner**         represented by **Kathryn Lundy**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Marc Brian Zimmerman**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **James J. Boland**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

**Defendant**

**FSR International Hotel Inc.**   represented by **Paul Eric Wagner**
*doing business as*               (See above for address)
Four Seasons Hotels and Resorts        *LEAD ATTORNEY*
                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2022 | 1 | COMPLAINT against Four Seasons Hotels and Resorts, HOTEL 57, LLC, Hotel 57 Services, LLC, TY WARNER HOTELS & RESORTS LLC, H. Ty Warner. (Filing Fee $ 402.00, Receipt Number ANYSDC–26525048)Document filed by Selena Staley, Olive Ivey, Vivian Holmes..(Risman, Maya) (Entered: 08/09/2022) |
| 08/09/2022 | 2 | CIVIL COVER SHEET filed..(Risman, Maya) (Entered: 08/09/2022) |
| 08/10/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 08/10/2022) |
| 08/10/2022 | | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 08/10/2022) |
| 08/10/2022 | | Case Designated ECF. (pc) (Entered: 08/10/2022) |
| 08/10/2022 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Maya Risman. The following case opening statistical information was erroneously selected/entered: Cause of Action code 29:2100; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 28:1331; the Fee Status code has been modified to pd (paid);. (pc) (Entered: 08/10/2022) |
| 08/10/2022 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Maya Risman. The party information for the following party/parties has been modified: Selena Staley, Olive Ivey, Vivian Holmes, TY WARNER HOTELS & RESORTS LLC, H. Ty Warner, HOTEL 57, LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; party role was entered incorrectly; party text was omitted;. (pc) (Entered: 08/10/2022) |
| 08/11/2022 | 3 | NOTICE OF APPEARANCE by Evan Craig Brustein on behalf of Vivian Holmes, Olive Ivey, Selena Staley..(Brustein, Evan) (Entered: 08/11/2022) |
| 08/29/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to H. Ty Warner, re: 1 Complaint,. Document filed by Selena Staley..(Brustein, Evan) (Entered: 08/29/2022) |
| 08/29/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Four Seasons Hotels and Resorts, re: 1 Complaint,. Document filed by Selena Staley..(Brustein, Evan) (Entered: 08/29/2022) |
| 08/29/2022 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Hotel 57 LLC, re: 1 Complaint,. Document filed by Selena Staley..(Brustein, Evan) (Entered: 08/29/2022) |
| 08/29/2022 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Hotel 57 Services LLC, re: 1 Complaint,. Document filed by Selena Staley..(Brustein, Evan) (Entered: 08/29/2022) |
| 08/29/2022 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Ty Warner Hotels and Resorts, LLC, re: 1 Complaint,. Document filed by Selena Staley..(Brustein, Evan) (Entered: 08/29/2022) |
| 08/30/2022 | 9 | ELECTRONIC SUMMONS ISSUED as to H. Ty Warner. (vf) (Entered: 08/30/2022) |
| 08/30/2022 | 10 | ELECTRONIC SUMMONS ISSUED as to Four Seasons Hotels and Resorts. (vf) (Entered: 08/30/2022) |
| 08/30/2022 | 11 | ELECTRONIC SUMMONS ISSUED as to Hotel 57, LLC. (vf) (Entered: 08/30/2022) |

| | | |
|---|---|---|
| 08/30/2022 | 12 | ELECTRONIC SUMMONS ISSUED as to Hotel 57 Services, LLC. (vf) (Entered: 08/30/2022) |
| 08/30/2022 | 13 | ELECTRONIC SUMMONS ISSUED as to Ty Warner Hotels & Resorts LLC. (vf) (Entered: 08/30/2022) |
| 09/08/2022 | 14 | AFFIDAVIT OF SERVICE of Summons and Complaint,. H. Ty Warner served on 8/31/2022, answer due 9/21/2022. Service was accepted by Roberto. Document filed by Selena Staley..(Brustein, Evan) (Entered: 09/08/2022) |
| 09/08/2022 | 15 | AFFIDAVIT OF SERVICE. Ty Warner Hotels & Resorts LLC served on 8/31/2022, answer due 9/21/2022. Service was accepted by Colleen Banahan, Authorized Agent in Office of the Secretary of State of the State of New York. Document filed by Selena Staley..(Brustein, Evan) (Entered: 09/08/2022) |
| 09/08/2022 | 16 | AFFIDAVIT OF SERVICE. Hotel 57, LLC served on 8/31/2022, answer due 9/21/2022. Service was accepted by Colleen Banahan, Authorized Agent in Office of the Secretary of State of the State of New York. Document filed by Selena Staley..(Brustein, Evan) (Entered: 09/08/2022) |
| 09/08/2022 | 17 | AFFIDAVIT OF SERVICE. Hotel 57 Services, LLC served on 8/31/2022, answer due 9/21/2022. Service was accepted by Colleen Banahan, Authorized Agent in Office of the Secretary of State of the State of New York. Document filed by Selena Staley..(Brustein, Evan) (Entered: 09/08/2022) |
| 10/14/2022 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. Four Seasons Hotels and Resorts waiver sent on 10/4/2022, answer due 1/2/2023. Document filed by Selena Staley..(Brustein, Evan) (Entered: 10/14/2022) |
| 10/17/2022 | 19 | NOTICE OF APPEARANCE by Paul Eric Wagner on behalf of Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 10/17/2022) |
| 10/17/2022 | 20 | NOTICE OF APPEARANCE by Hayden R. Pace on behalf of Four Seasons Hotels and Resorts..(Pace, Hayden) (Entered: 10/17/2022) |
| 10/17/2022 | 21 | NOTICE OF APPEARANCE by Kathryn Lundy on behalf of Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Lundy, Kathryn) (Entered: 10/17/2022) |
| 10/17/2022 | 22 | NOTICE OF APPEARANCE by Marc Brian Zimmerman on behalf of Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 10/17/2022) |
| 11/03/2022 | 23 | MOTION for John R. Hunt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26914369. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Four Seasons Hotels and Resorts. (Attachments: # 1 Affidavit Affidavit of John R. Hunt In Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order Proposed Order, # 3 Exhibit Virginia Certificate of Good Standing, # 4 Exhibit Georgia Certificate of Good Standing).(Hunt, John) (Entered: 11/03/2022) |
| 11/04/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for John R. Hunt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26914369. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 11/04/2022) |
| 11/07/2022 | 24 | ORDER FOR ADMISSION PRO HAC VICE granting 23 Motion for John R. Hunt to Appear Pro Hac Vice. IT IS HEREBY ORDERED that applicant is admitted to practice Pro Hac Vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Jed S. Rakoff on 11/7/2022) (kv) (Entered: 11/07/2022) |
| 11/07/2022 | 25 | NOTICE OF COURT CONFERENCE: DATE AND PLACE OF CONFERENCE: 11−22−2022, ON A TELECONFERENCE LINE AT 11:45am. The dial−in information for the call will be as follows: USA Toll−Free (888) 363−4735; USA Caller Paid/International Toll: (215) 446−3657; Access Code: 1086415. Initial Conference set for 11/22/2022 at 11:45 AM before Judge Jed S. Rakoff. (Signed by |

| | | |
|---|---|---|
| | | Judge Jed S. Rakoff on 11/7/2022) (kv) (Entered: 11/07/2022) |
| 11/07/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Motions due by 11/15/2022. Reply to Response to Brief due by 12/13/2022. Responses due by 12/6/2022. As for the defendants motion to dismiss, moving papers are due by December 5, 2022; answering papers are due by December 19, 2022; reply papers are due on December 28, 2022. (Kotowski, Linda) (Entered: 11/21/2022) |
| 11/09/2022 | 26 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC..(Zimmerman, Marc) (Entered: 11/09/2022) |
| 11/09/2022 | 27 | MOTION to Compel Arbitration . Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 11/09/2022) |
| 11/09/2022 | 28 | MOTION to Dismiss . Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 11/09/2022) |
| 11/15/2022 | 29 | DECLARATION of Kathryn T. Lundy in Support re: 27 MOTION to Compel Arbitration .. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. (Attachments: # 1 Exhibit A – Complaint).(Zimmerman, Marc) (Entered: 11/15/2022) |
| 11/15/2022 | 30 | DECLARATION of Cathy Hwang in Support re: 27 MOTION to Compel Arbitration .. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. (Attachments: # 1 Exhibit A – EmPact Agreement, # 2 Exhibit B – Signature Pages (Staley), # 3 Exhibit C – Signature Pages (Holmes), # 4 Exhibit D – Signature Pages (Ivey)).(Zimmerman, Marc) (Entered: 11/15/2022) |
| 11/15/2022 | 31 | MEMORANDUM OF LAW in Support re: 27 MOTION to Compel Arbitration . . Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 11/15/2022) |
| 11/18/2022 | 32 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Selena Staley..(Brustein, Evan) (Entered: 11/18/2022) |
| 11/22/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephonic Initial Pretrial Conference held on 11/22/2022, ( Final Pretrial Conference set for 4/28/2023 at 11:00 AM before Judge Jed S. Rakoff in courtroom 14B.) (Kotowski, Linda) (Entered: 11/22/2022) |
| 11/22/2022 | 33 | CIVIL CASE MANAGEMENT PLAN: The case is to be tried to a jury. Amended Pleadings due by 12/16/2022. Joinder of Parties due by 12/16/2022. Motions due by 3/31/2023. Responses due by 4/14/2023 Replies due by 4/21/2023. Deposition due by 3/17/2023. Discovery due by 3/17/2023. Final Pretrial Conference set for 4/28/2023 at 11:00 AM before Judge Jed S. Rakoff. Ready for Trial by 4/28/2023. (Signed by Judge Jed S. Rakoff on 11/22/2022) (kv) (Entered: 11/22/2022) |
| 11/28/2022 | 34 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Four Seasons Holdings, Inc. for Four Seasons Hotels and Resorts. Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 11/28/2022) |
| 11/28/2022 | 35 | MOTION to Compel Arbitration . Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 11/28/2022) |
| 11/28/2022 | 36 | MEMORANDUM OF LAW in Support re: 35 MOTION to Compel Arbitration . . Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 11/28/2022) |
| 11/28/2022 | 37 | DECLARATION of Antoine Chahwan in Support re: 35 MOTION to Compel Arbitration .. Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 11/28/2022) |
| 11/28/2022 | 38 | DECLARATION of Paul E. Wagner in Support re: 35 MOTION to Compel Arbitration .. Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 11/28/2022) |

| | | |
|---|---|---|
| 12/05/2022 | 39 | DECLARATION of Kathryn T. Lundy in Support re: 28 MOTION to Dismiss .. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. (Attachments: # 1 Exhibit A (Complaint)).(Zimmerman, Marc) (Entered: 12/05/2022) |
| 12/05/2022 | 40 | DECLARATION of Elizabeth Ortiz in Support re: 28 MOTION to Dismiss .. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. (Attachments: # 1 Exhibit A (Notice to Staley), # 2 Exhibit B (Notice to Holmes), # 3 Exhibit C (Notice to Ivey), # 4 Exhibit D (EmPact Agreement), # 5 Exhibit E (EmPact Agreement Staleys Signature Pages), # 6 Exhibit F (EmPact Agreement Holmes Signature Pages), # 7 Exhibit G (EmPact Agreement Iveys Signature Pages)).(Zimmerman, Marc) (Entered: 12/05/2022) |
| 12/05/2022 | 41 | MEMORANDUM OF LAW in Support re: 28 MOTION to Dismiss . . Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 12/05/2022) |
| 12/05/2022 | 42 | ANSWER to 1 Complaint,. Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 12/05/2022) |
| 12/06/2022 | 43 | DECLARATION of Evan Brustein in Opposition re: 27 MOTION to Compel Arbitration ., 35 MOTION to Compel Arbitration .. Document filed by Vivian Holmes, Olive Ivey, Selena Staley. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Brustein, Evan) (Entered: 12/06/2022) |
| 12/06/2022 | 44 | MEMORANDUM OF LAW in Opposition re: 27 MOTION to Compel Arbitration ., 35 MOTION to Compel Arbitration . . Document filed by Vivian Holmes, Olive Ivey, Selena Staley..(Brustein, Evan) (Entered: 12/06/2022) |
| 12/13/2022 | 45 | REPLY MEMORANDUM OF LAW in Support re: 35 MOTION to Compel Arbitration . . Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 12/13/2022) |
| 12/13/2022 | 46 | REPLY MEMORANDUM OF LAW in Support re: 27 MOTION to Compel Arbitration . . Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 12/13/2022) |
| 12/16/2022 | 47 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** FIRST AMENDED COMPLAINT amending 1 Complaint, against Four Seasons Hotels and Resorts, Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner with JURY DEMAND.Document filed by Selena Staley, Olive Ivey, Vivian Holmes. Related document: 1 Complaint.(Brustein, Evan) Modified on 12/19/2022 (sj). (Entered: 12/16/2022) |
| 12/19/2022 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Evan Craig Brustein to RE–FILE re: Document No. 47 Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; the wrong party/parties whom the pleading is against were selected. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (sj)** (Entered: 12/19/2022) |
| 12/19/2022 | | ADD PARTY FOR PLEADING. Defendants/Respondents FSR International Hotel Inc. d/b/a Four Seasons Hotels and Resorts added. Party added pursuant to 47 Amended Complaint,.Document filed by Selena Staley, Olive Ivey, Vivian Holmes. Related document: 47 Amended Complaint,..(Brustein, Evan) (Entered: 12/19/2022) |
| 12/19/2022 | 48 | AMENDED COMPLAINT amending 47 Amended Complaint, against FSR International Hotel Inc. d/b/a Four Seasons Hotels and Resorts, Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner with JURY DEMAND.Document filed by Selena Staley, Vivian Holmes, Olive Ivey. Related document: 47 Amended Complaint,..(Brustein, Evan) (Entered: 12/19/2022) |
| 01/12/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Further to conversation with the parties counsel, the defendants may file a motion to dismiss the amended |

| | | |
|---|---|---|
| | | complaint of up to 30 pages double−spaced, which must be filed by January 20, 2023. The plaintiffs answering papers are subject to the same page limit and must be filed by February 7, 2023. Any reply is due on February 14, 2023. (Kotowski, Linda) (Entered: 01/13/2023) |
| 01/17/2023 | 49 | ANSWER to 47 Amended Complaint,. Document filed by Four Seasons Hotels and Resorts..(Wagner, Paul) (Entered: 01/17/2023) |
| 01/20/2023 | 50 | MOTION to Dismiss *Amended Complaint*. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 01/20/2023) |
| 01/20/2023 | 51 | DECLARATION of Kathryn T. Lundy in Support re: 50 MOTION to Dismiss *Amended Complaint*.. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. (Attachments: # 1 Exhibit Exhibit A).(Zimmerman, Marc) (Entered: 01/20/2023) |
| 01/20/2023 | 52 | DECLARATION of Elizabeth Ortiz in Support re: 50 MOTION to Dismiss *Amended Complaint*.. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Zimmerman, Marc) (Entered: 01/20/2023) |
| 01/20/2023 | 53 | MEMORANDUM OF LAW in Support re: 50 MOTION to Dismiss *Amended Complaint*. . Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 01/20/2023) |
| 02/01/2023 | 54 | NOTICE OF APPEARANCE by Brian Lewis Bromberg on behalf of Vivian Holmes, Olive Ivey, Selena Staley..(Bromberg, Brian) (Entered: 02/01/2023) |
| 02/07/2023 | 55 | DECLARATION of Vivian Holmes in Opposition re: 50 MOTION to Dismiss *Amended Complaint*.. Document filed by Vivian Holmes..(Brustein, Evan) (Entered: 02/07/2023) |
| 02/07/2023 | 56 | DECLARATION of Evan Brustein in Opposition re: 50 MOTION to Dismiss *Amended Complaint*.. Document filed by Vivian Holmes, Olive Ivey, Selena Staley. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Brustein, Evan) (Entered: 02/07/2023) |
| 02/07/2023 | 57 | MEMORANDUM OF LAW in Opposition re: 50 MOTION to Dismiss *Amended Complaint*. . Document filed by Vivian Holmes, Olive Ivey, Selena Staley..(Brustein, Evan) (Entered: 02/07/2023) |
| 02/14/2023 | 58 | REPLY MEMORANDUM OF LAW in Support re: 50 MOTION to Dismiss *Amended Complaint*. . Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Zimmerman, Marc) (Entered: 02/14/2023) |
| 02/14/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Further to conversations with both plaintiffs and defendants counsel today, the defendants are granted leave to file a joint motion to stay discovery in the above−captioned case. Plaintiffs answering papers to the motion will be due one week from the date of such filing Telephone Conference set for 2/15/2023 at 02:00 PM before Judge Jed S. Rakoff. The public may access this proceeding by dialing :USA toll free 888−363−4735, international caller paid 215−446−3657, Access code 1086415 (Kotowski, Linda) (Entered: 02/15/2023) |
| 02/15/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/15/2023. (Kotowski, Linda) (Entered: 02/15/2023) |
| 02/15/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Further to conversations with counsel for all parties, plaintiffs need submit to the Court their proposed edits to the defendants draft protective order by tomorrow, Thursday, February 16, 2023. Defendants, in turn, must convey to the Court a list of documents which they are seeking to protect by Tuesday, February 21, 2023 (Kotowski, Linda) (Entered: 02/15/2023) |
| 02/16/2023 | 59 | MOTION to Stay *Discovery Pending the Court's Ruling on Defendants' Motions to Compel Arbitration*. Document filed by FSR International Hotel Inc.. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY DISCOVERY PENDING THE COURTS RULING ON THE DEFENDANTS MOTIONS TO COMPEL ARBITRATION, # 2 Affidavit DECLARATION OF PAUL WAGNER IN SUPPORT OF JOINT MOTION OF DEFENDANTS FSR INTERNATIONAL HOTELS INC. d/b/a FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS LLC, AND H. TY WARNER TO STAY DISCOVERY PENDING THE COURTS RULING ON THE DEFENDANTS MOTIONS TO COMPEL ARBITRATION, # 3 Exhibit A: December 19, 2022 e−mail from the Court, # 4 Exhibit B: January 5, 2023 e−mail from the Court, # 5 Exhibit C: February 14, 2023 e−mail from the Court, # 6 Exhibit D: Request for Admission by H. T Warner, # 7 Exhibit E: Request for Admission by Hotel 57, # 8 Exhibit F: Request for Admission by Ty Warner Hotels and Resorts LLC, # 9 Exhibit G: Request for Admission by Hotel 57 Services, # 10 Exhibit H: Request for Admission by FSR International Hotel Inc, # 11 Exhibit I: Pl's NOD of Def Hotel 57 Services, LLC, # 12 Exhibit J: Rules 8 and 9 of the American Arbitration Associations Employment Arbitration Rules).(Wagner, Paul) (Entered: 02/16/2023) |
| 02/23/2023 | 60 | DECLARATION of Evan Brustein in Opposition re: 59 MOTION to Stay *Discovery Pending the Court's Ruling on Defendants' Motions to Compel Arbitration..* Document filed by Selena Staley. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Brustein, Evan) (Entered: 02/23/2023) |
| 02/23/2023 | 61 | MEMORANDUM OF LAW in Opposition re: 59 MOTION to Stay *Discovery Pending the Court's Ruling on Defendants' Motions to Compel Arbitration*. . Document filed by Selena Staley..(Brustein, Evan) (Entered: 02/23/2023) |
| 02/24/2023 | 62 | MOTION for James J. Boland to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27384777. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. (Attachments: # 1 Affidavit J. Boland's Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A to J. Boland's Affidavit, # 3 Exhibit B to J. Boland's Affidavit, # 4 Text of Proposed Order [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE).(Boland, James) (Entered: 02/24/2023) |
| 02/27/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 62 MOTION for James J. Boland to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27384777. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 02/27/2023) |
| 02/27/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/27/2023, without transcription or recording, the plaintiffs' unopposed motion for a 30−day extension to all upcoming discovery deadlines is granted. Thus, the civil case management plan in the above−captioned case, located at ECF Dkt. 33, is modified as follows. Disclosures related to opposing expert testimony must be made by April 9. All depositions and all discovery must be completed by April 16. Moving papers for summary judgment must be served on or before April 30. Answering papers for the same will be due by May 14, with reply papers due a week later on May 21. Oral argument on any such motion(s) will be held on May 26 at 4 p.m. Finally, this case shall be ready for trial by May 26. ( Oral Argument set for 5/26/2023 at 04:00 PM before Judge Jed S. Rakoff in courtroom 14B of 500 Pearl Street). (Kotowski, Linda) (Entered: 03/06/2023) |
| 03/02/2023 | 63 | ORDER: On February 2, 2023, plaintiffs moved to compel disclosure of the Hotel Management Agreement ( "HMA") executed between defendants. After consideration of the parties' briefs on the subject and an in camera review of the HMA, the Court rules as follows: First, the defendants are instructed to unredact the following portions of the HMA: Page 5, Art. I, Sec. 1.01, Subsection (u), entitled "Comparable Hotel," except for the final clause beginning "provided that," which may remain redacted. Part 45, Art. VIII, Sec. 8.04, entitled "Centralized Purchasing," except for the portion of subsection (a) beginning "which is currently" and ending "total cost of purchase," which may remain redacted. Pages 47−50, Art. IX, Secs. 9.01−9.03, entitled "Name of Hotel," "Interest of Operator in Proprietary Materials," and "Use of Proprietary Materials by Owner." Pages 54 through 57, Art. X, Secs. 10.05−06, entitled "Manner |

| | | |
|---|---|---|
| | | of Payment of Fees and Charges, Costs and Expenses," and "Payment of Available Cash." Pages 61 through 69, Arts. XIII–XV, entitled "Repairs, Replacements, Maintenance, and Improvements," "Damage to and Destruction of the Hotel," and "Expropriation." Pages 70 through 76, Art. XVII, entitled "Insurance." Pages 80 through 84, Art. XVIII, Secs. 18.07–09, entitled "Right of First Offer," "Owner's Buy–Out Right," "Operator's Buy–Out Right." Pages 86 through 89, Art. XIX, Secs. 19.05–06, entitled "Owner's Right to Terminate" and "Owner's Additional Rights to Terminate." Pages 90 through 91, Art. XIX, Secs. 19.08, entitled "Use of Proprietary Materials Following Termination." Second, defendants are directed to produce to plaintiffs' attorneys the newly redacted HMA –– including any amendments made to it –– subject to a "Confidential –– Attorneys' Eyes Only" designation. SO ORDERED. (Signed by Judge Jed S. Rakoff on 3/2/2023) (kv) (Entered: 03/02/2023) |
| 03/06/2023 | 64 | ORDER FOR ADMISSION PRO HAC VICE granting 62 Motion for James J. Boland to Appear Pro Hac Vice. IT IS HEREBY ORDERED that applicant, James J. Boland is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Jed S. Rakoff on 3/6/2023) (kv) (Entered: 03/06/2023) |
| 03/07/2023 | 65 | NOTICE OF APPEARANCE by James J. Boland on behalf of Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner..(Boland, James) (Entered: 03/07/2023) |
| 03/08/2023 | 66 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... SO ORDERED. (Signed by Judge Jed S. Rakoff on 3/2/2023) (kv) (Entered: 03/08/2023) |
| 04/03/2023 | 67 | NOTICE OF CHANGE OF ADDRESS by Kathryn Lundy on behalf of Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. New Address: Smith, Gambrell & Russell, LLP, 1301 Avenue of the Americas, Fl 21, New York, New York, United States 10019, 212–907–9700..(Lundy, Kathryn) (Entered: 04/03/2023) |
| 04/03/2023 | 68 | NOTICE OF CHANGE OF ADDRESS by Marc Brian Zimmerman on behalf of Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. New Address: Smith, Gambrell & Russell, LLP, 1301 Avenue of the Americas, Fl 21, New York, New York, United States 10019, 212–907–9700..(Zimmerman, Marc) (Entered: 04/03/2023) |
| 04/03/2023 | 69 | NOTICE OF CHANGE OF ADDRESS by James J. Boland on behalf of Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. New Address: Smith, Gambrell & Russell, LLP, 311 S. Wacker Dr., Suite 3000, Chicago, Illinois, United States 60606, 312–360–6736..(Boland, James) (Entered: 04/03/2023) |
| 04/03/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Further to several telephonic conversations, held with neither transcription nor recording, in which counsel for all parties were present, the Court rules as follows on the parties various applications. First, the plaintiffs motion to compel remote depositions of all witnesses in this case is granted. Second, the plaintiffs motion to compel the deposition of Mr. Ty Warner –– the Chief Executive Officer of Ty Warner Hotels and Resorts –– is granted, and defendants are instructed to provide, by Monday, April 3, a list of dates on which Mr. Warner is available to be deposed. Third, plaintiffs motion to compel the disclosure of all communications regarding the decision to close down, and not to reopen, the Four Seasons Hotel New York is denied. Fourth, the defendants are ordered, pursuant to a plaintiffs motion, to re–review the discovery produced in this case and provide tailored confidentiality designations in line with the narrow protective order by no later than Thursday, April 6, with the qualification that the defendants may deem confidential those materials that very clearly cover matters relating to the ownership and control of a non–public company. Fifth, and finally, the parties are granted a two–week extension to all discovery deadlines in light of the above rulings, and are placed on notice that this will be the final such extension. Thus, the civil case management plan in the above–captioned case, located at ECF Dkt. 33, is modified as follows. Disclosures related to opposing expert testimony must be made by April 25. All depositions and all discovery must be completed by May 1. Moving |

| | | |
|---|---|---|
| | | papers for summary judgment must be served on or before May 14. Answering papers for the same will be due by May 28, with reply papers due a week later on June 4. Oral argument on any such motions shall take place on June 20 at 4:30pm with no further adjournments permitted except to accommodate the Courts schedule. This case shall be ready for trial on June 20.( Final Pretrial Conference set for 6/20/2023 at 04:30 PM before Judge Jed S. Rakoff., Pretrial Conference set for 6/20/2023 at 04:30 PM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 04/03/2023) |
| 04/17/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 4/17/2023, without transcript or recording, at which all parties counsel were present. Defendants will identify by tomorrow whether any new documents responsive to the plaintiffs document requests were discovered as a result of Ms. Katherine Wangs deposition. If any such documents are identified, defendants are ordered to produce them by this Wednesday. As for the deposition of Mr. Ty Warner, the deposition will go forward remotely on the date previously scheduled. The plaintiff is given leave to file a motion for sanctions upon any credible evidence of coaching or abuse of the Federal Rules of Civil Procedure regarding objections. (Kotowski, Linda) (Entered: 04/18/2023) |
| 04/25/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 4/25/2023, without recording or transcription, at which both the plaintiffs and defendants counsel were present, the plaintiffs request to submit supplemental briefing on the motion to compel arbitration is denied for the following reasons. One, any testimony about the arbitrability of the plaintiffs claims was outside the scope of the topics offered in the plaintiffs Rule 30(b)(6) notice, and if a party opts to employ the procedures of [Rule 30(b)(6) to depose the representative of a corporation, that party must confine the examination to the matters stated with reasonable particularity which are contained in the Notice of Deposition. See Falchenberg v. N.Y. State Dept Educ., 642 F. Supp. 2d 156, 164 (SDNY 2008). Two, and in any event, deposition testimony given pursuant to FRCP 30(b)(6) does not bind a corporate party irrevocably to whatever its designee happens to recollect during her testimony, especially on a topicin this case, legal matterson which the 30(b)(6) designee has no claimed expertise. See Keepers, Inc. v. City of Milford, 807 F.3d 24, 32 (2d Cir. 2015). Second, the plaintiffs request for budgetary information related to the hotels closure is denied because the documents sought after are irrelevant to this litigation. This means that defendants will not be compelled to produce such documents under the Plaintiffs Third Request for Documents, as well. Third, the plaintiff is granted leave to file their motion for class certification only after the Court renders its opinion on the defendants motion to dismiss class claims based on waiver, if such motion is applicable following the Courts decision. Fourth, the plaintiffs unopposed motion to file documents accompanying their motion for class certification is granted, if such motion is applicable following the Courts decision on the defendants motion to dismiss class claims. (Kotowski, Linda) (Entered: 04/26/2023) |
| 05/03/2023 | 70 | ORDER denying 35 Motion to Compel Arbitration. Before the Court is defendants' motion to compel arbitration of the plaintiffs' claims and to strike the class allegations in the Amended Complaint. See Dkt. No. 35 ("Motion to Compel Arbitration"); Dkt. No. 1 ("Complaint"). After careful consideration of the arguments made in the parties' briefs, the Court hereby denies both of the defendants' motions, including, by implication, their motion to stay the proceeding. An opinion explaining these rulings will issue in due course. The Clerk of the Court is respectfully ordered to close entry at docket number 35. SO ORDERED.. (Signed by Judge Jed S. Rakoff on 5/3/2023) (kv) (Entered: 05/03/2023) |
| 05/03/2023 | 71 | NOTICE OF APPEAL from 70 Order on Motion to Compel Arbitration,,. Document filed by Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner. Filing fee $ 505.00, receipt number ANYSDC–27694690. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Lundy, Kathryn) (Entered: 05/03/2023) |
| 05/03/2023 | 72 | NOTICE OF APPEAL from 70 Order on Motion to Compel Arbitration,,. Document filed by FSR International Hotel Inc.. Filing fee $ 505.00, receipt number ANYSDC–27694725. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Wagner, Paul) (Entered: 05/03/2023) |

| 05/04/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 71 Notice of Appeal,..(nd) (Entered: 05/04/2023) |
|---|---|---|
| 05/04/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 71 Notice of Appeal, filed by H. Ty Warner, Hotel 57 Services, LLC, Ty Warner Hotels & Resorts LLC, Hotel 57, LLC were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/04/2023) |
| 05/04/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 72 Notice of Appeal,..(nd) (Entered: 05/04/2023) |
| 05/04/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 72 Notice of Appeal, filed by FSR International Hotel Inc. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/04/2023) |