UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Selena Staley, Vivian Holmes, and Olive Ivey<br><br>    Plaintiffs,<br><br>    -v-<br><br>Hotel 57 Services, LLC, et al.<br><br>    Defendants. | 22-cv-6781 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is defendants' motion to compel arbitration of the plaintiffs' claims and to strike the class allegations in the Amended Complaint. See Dkt. No. 35 ("Motion to Compel Arbitration"); Dkt. No. 1 ("Complaint"). After careful consideration of the arguments made in the parties' briefs, the Court hereby denies both of the defendants' motions, including, by implication, their motion to stay the proceeding. An opinion explaining these rulings will issue in due course. The Clerk of the Court is respectfully ordered to close entry at docket number 35.

SO ORDERED.

New York, NY
5/3, 2023

JED S. RAKOFF, U.S.D.J.

1