**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: May 09, 2023
Docket #: 23-771
Short Title: Staley v. Four Seasons Hotels and Resorts

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 22-cv-6781
DC Court: SDNY (NEW YORK CITY)
DC Judge: Rakoff

**NOTICE OF RECORD ON APPEAL FILED**

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_ Record on Appeal - Certified List

\_\_\_\_ Record on Appeal - CD ROM

\_\_\_\_ Record on Appeal - Paper Documents

\_\_x\_ Record on Appeal - Electronic Index

\_\_\_\_ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8612.