## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy "CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)" was electronically filed using the Court's CM/ECF system which will automatically send copies of same to counsel of record below:

**Brian Lewis Bromberg**
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
212-248-7906
212-248-7908 (fax)
brian@bromberglawoffice.com

*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class*

**Kathryn Lundy**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212-907-9700
212-907-9800 (fax)
klundy@sgrlaw.com

*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner*

Dated: May 17, 2023

**STOKES WAGNER, ALC**

*/s/ Paul E. Wagner*
_____
Paul Wagner
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com

*Attorneys for Defendant,
FSR International Hotels, Inc.*

1