**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)**

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||||
|---|---|---|---|
| **CASE TITLE** <br> SELENA STALEY, VIVIAN HOLMES, and OLIVE IVEY v. FSR INTERNATIONAL HOTELS INC. d/b/a FOUR SEASONS HOTELS AND RESORTS, HOTEL 57 SERVICES, LLC, HOTEL 57, LLC, TY WARNER HOTELS & RESORTS LLC, and H. TY WARNER | **DISTRICT** <br> S.D.N.Y. || **DOCKET NUMBER** <br> 1:22-cv-06781-JSR |
| | **JUDGE** <br> Jed Rakoff || **APPELLANT** <br> FSR Hotels Inc. |
| | **COURT REPORTER** || **COUNSEL FOR APPELLANT** <br> Paul Wagner / John R. Hunt |
| Check the applicable provision: <br> ☐ I am ordering a transcript. <br> ☑ I am not ordering a transcript. <br><br> Reason for not ordering a transcript: <br> ☐ Copy is already available <br> ☑ No transcribed proceedings <br> ☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.) |||
| | **METHOD OF PAYMENT** | ☐ Funds | ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:** <br> ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS <br> ☐ PREPARE TRANSCRIPT OF TRIAL <br> ☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS <br> ☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) |||
| If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules. ||||
| **COUNSEL'S SIGNATURE** <br> /s/ | **DATE** <br> 5/17/2023 |||
| **COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit. ||||
| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** || **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTER** ||| **DATE** |

Revised June, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy "CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)" was electronically filed using the Court's CM/ECF system which will automatically send copies of same to counsel of record below:

| | |
|---|---|
| **Brian Lewis Bromberg**<br>Bromberg Law Office, P.C.<br>352 Rutland Road #1<br>Brooklyn, NY 11225<br>212-248-7906<br>212-248-7908 (fax)<br>brian@bromberglawoffice.com<br><br>*Counsel for Plaintiffs Selena Staley, Vivian Holmes, and Olive Ivey and the proposed Class* | **Kathryn Lundy**<br>Smith, Gambrell & Russell, LLP<br>1301 Avenue of the Americas<br>Ste Fl 21<br>New York, NY 10019<br>212-907-9700<br>212-907-9800 (fax)<br>klundy@sgrlaw.com<br><br>*Attorneys for Defendants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner* |

Dated: May 17, 2023

**STOKES WAGNER, ALC**

*/s/ Paul E. Wagner*
_____
Paul Wagner
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com

*Attorneys for Defendant,
FSR International Hotels, Inc.*